James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
E-mail: jblair@rcdmlaw.com
   rkingery@rcdmlaw.com
   docket@rcdmlaw.com

*Attorneys for Defendant NCO Financial Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cathleen Fleming,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.,<br><br>　　　　　　　Defendant. | No. CV 10-2026-PHX-SRB<br><br>**NOTICE OF SETTLEMENT**<br><br>*(Assigned to the Honorable Susan R. Bolton)* |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have entered into a settlement in the above-captioned matter and are in the process of finalizing said settlement. Upon completion of the settlement process, the parties will submit a stipulation and order for dismissal with prejudice, each party bearing its own attorneys' fees and costs.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 30, 2010 for filing dispositional documents.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, CV 10-02026-PHX-SRB)　　　[2478-0048]　　　627190_1.DOC

**RESPECTFULLY SUBMITTED** this 30th day of November, 2010.

**RENAUD COOK DRURY MESAROS, PA**

By */s/Randy L. Kingery*
Steven G. Mesaros
Randy L. Kingery
One North Central, Suite 900
Phoenix, Arizona  85004-4417
*Attorneys for Defendant NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Honorable Susan R. Bolton
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 W. Washington Street, SPC 50
Phoenix, AZ  85003-2153

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ  85012
Attorney for Plaintiff

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, CV10-02026-PHX-SRB)   [2478-0048]   627190_1.DOC