IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Fleming,<br><br>                Plaintiff,<br><br>   v.<br><br>NCO Financial Systems, Inc.<br><br>                Defendant, | O R D E R<br><br>No. CIV-10-2026-PHX-SRB |

    Defendant having filed a Notice of Settlement;

    IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

    DATED this 7th day of December, 2010.

*Susan R. Bolton*
United States District Judge