**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cathleen Fleming, | ) | Case No. 2:10-cv-02026-SRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| NCO Financial Systems, Inc., | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 5th day of January, 2011.

 By:s/Marshall Meyers
   Marshall Meyers
   WEISBERG & MEYERS, LLC
   5025 North Central Ave., #602
   Phoenix, AZ 85012
   602 445 9819
   866 565 1327 facsimile
   mmeyers@AttorneysForConsumers.com
   Attorney for Plaintiff

1  Filed electronically on this 5th day of January, 2011, with:

2  United States District Court CM/ECF system

3

4

5  By: s/Jessica DeCandia
       Jessica DeCandia
6

7

8

... (lines 9–28)

Notice of Dismissal - 2