**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Cathleen Fleming**, | Case No. 2:10-CV-02026-SRB |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| vs. | |
| **NCO Financial Systems, Inc.,** | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 7th day of January, 2011.

For Plaintiff, Cathleen Fleming        For Defendant, NCO Financial Systems, Inc.

 s/Marshall Meyers                       s/ Randy L. Kingery
Weisberg & Meyers, LLC              Renaud Cook Drury Mesaros, PA

Stipulation to Dismiss with Prejudice - 1

1  Filed electronically on this 7th day of January, 2011, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system on this 7th day of January, 2011 to:

5

6  Mr. Randy L. Kingery, Esq.
   Renaud Cook Drury Mesaros, PA
7  One North Central, Suite 900
   Phoenix AZ 85004-4417
8

9  Copy of the foregoing was mailed this 7th day of January, 2011 to:

10
    Hon. Susan R. Bolton
11  Sandra Day O'Connor US Courthouse
    United States District Court
12  401 W. Washington Street, SPC 58
13  Phoenix AZ 85003-2156

14

15  By: s/Tremain Davis
    Tremain Davis
16

17

18

19

20

21

22

23

24

25

26

27

28