# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Fleming, | Case No. 2:10-cv-02026-SRB |
| Plaintiff, | **ORDER ON PARTIES STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| NCO Financial Systems, Inc., | |
| Defendant. | |

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

Dated this 10th day of January, 2011.

_____
Susan R. Bolton
United States District Judge